[No. 11702-5-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
G. ROYCE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-01964-0, Frank H. Roberts, Jr., J., entered October 14, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10229-0-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
G. SHEPARD, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 4468, Walter J. Deierlein, Jr., J., entered March 19, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10554-0-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
L. CASILLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00069-4, Daniel T. Kershner, J., entered June 25, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett and Scholfield, JJ.

[No. 10432-2-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRICK
EZELL WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-03715-0, James J. Dore, J., entered May 21, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Corbett, J.